FILED

05/19/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0336

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### No. DA 21-0336

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

GINA DELIGHT KRUEGER,

      Defendant and Appellant.

---

### ORDER

---

Upon consideration of Counsel's motion to withdraw as counsel of record, and good cause appearing therefore,

IT IS HEREBY ORDERED Appellant in this matter shall file a response to this motion within sixty (60) days of the date of this Order. The response must be served upon all counsel of record, including the Attorney General, the County Attorney, and the Appellate Defender Office

IT IS FURTHER ORDERED counsel provide the Appellant upon her written request with the relevant record and transcripts on appeal.

IT IS FURTHER ORDERED the Clerk of this Court give notice of this Order to all counsel of record and to the Appellant, personally.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 19 2022